MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DANIEL P. TALBERT (SBN OH 0084088)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6559
    FAX: (415) 436-7234
    Daniel.Talbert@usdoj.gov

Attorneys for United States of America

FILED

DEC X 3 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BARBARA DANIELS, <br><br> Defendant. | NO. 13-CR-00520 MAG <br><br> NOTICE OF DISMISSAL |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information with prejudice.

DATED: December 2, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

J. DOUGLAS WILSON
Chief, Criminal Division

*/s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant U.S. Attorney

NOTICE OF DISMISSAL (CR 13-520 MAG)

Leave is granted to the government to dismiss the Information.

Date: 12/3/13

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

NOTICE OF DISMISSAL (CR 13-520 MAG)